IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO.: 7:17-CR-15-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| DAVIN LAMONT SMITH | ) | |

THIS CAUSE comes before the Court upon Defendant's Unopposed Motion to Extend Time to File Pretrial Motions. For good cause shown, Defendant's motion is allowed. Defendant's time within which to file motions is extended to July 19, 2017. Any responses shall be filed by August 1, 2017.

It is further ordered that any delay resulting from this extension is excluded from the Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of justice served by the granting of this Motion outweigh the interests of the public and Defendant in a speedy trial.

This the 23rd day of June 2017.

_____
KIMBERLY A. SWANK
United States Magistrate Judge