IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CR-15-1H

UNITED STATES OF AMERICA,

v.

DAVIN LAMONT SMITH,

Defendant.

**ORDER**

This matter is before the court on the oral appeal by defendant, [DE #73], of an oral order issued by United States Magistrate Judge Kimberly A. Swank on January 8, 2018, denying defendant's motion to appoint new trial counsel, [DE #67].

The court has carefully reviewed this matter and finding the Magistrate Judge's decision in accordance with law, the appeal is DENIED. The order of the Magistrate Judge is hereby AFFIRMED. Accordingly, counsel for the defendant and counsel for the government are hereby ORDERED to provide the Clerk with three proposed trial dates pursuant to the Magistrate Judge's entry of not guilty pleas on January 8, 2018, [DE #72].

This 23rd day of January 2018.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#35