IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:17-CR-15-H

| UNITED STATES OF AMERICA | **ORDER FOR DISMISSAL** |
|---|---|
| v. | |
| DAVIN LAMONT SMITH | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court, endorsed herein, the United States Attorney for the Eastern District of North Carolina hereby dismisses Counts One and Six of the Superseding Indictment for the following reasons:

1. On April 11, 2018, the defendant pleaded guilty to Counts Two, Three, Four, and Five of the Superseding Indictment.

2. The government seeks dismissal of the remaining counts.

Respectfully submitted this 17th day of April, 2018.

ROBERT J. HIGDON, JR.
United States Attorney

/s/ Erin C. Blondel
ERIN C. BLONDEL
Assistant United States Attorney
U.S. Attorney's Office, EDNC
310 New Bern Avenue
Raleigh, NC 27601
N.C. Bar No. 46977
(919) 856-4530

1

Leave of Court is granted for the filing of the foregoing dismissal.

Date: 4/30/18

MALCOLM J. HOWARD
United States District Judge