IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO.: 7:17-CR-15-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER TO SEAL |
| DAVIN LAMONT SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

This matter coming on and being heard through the undersigned U.S. District Court Judge upon Defendant's Motion to Seal Docket Entry Number 96, filed on September 5, 2018, is made for good cause;

IT IS HERBY ORDERED, ADJUDGED AND DECREED that Defendant's Motion to Seal Docket Entry Number 96 be sealed.

This 10th day of September 2018.

_____
THE HONORABLE MALCOLM J. HOWARD
Senior United States District Judge