IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO.: 7:17-CR-15-1H

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER TO SEAL |
| DAVIN LAMONT SMITH, ) | |
| ) | |
| Defendant. ) | |

This matter coming on and being heard through the undersigned U.S. District Court Judge upon Defendant's Motion to Seal Docket Entry Number 99, filed on September 11, 2018, is made for good cause;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant's Motion to Seal Docket Entry Number 99 be sealed.

This _12_ day of _Sep_, 2018.

_____
THE HONORABLE MALCOLM J. HOWARD
Senior United States District Judge