IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CR-15-1H

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| DAVIN LAMONT SMITH, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on defendant's pro se motion for selective prosecution. [DE #89]. For lack of good cause shown, this motion is DENIED.

This **12** day of September 2018.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#35