FILED: April 18, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-4704
(7:17-cr-00015-H-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

DAVIN LAMONT SMITH

      Defendant - Appellant

_____

J U D G M E N T
_____

In accordance with the decision of this court, the defendant's sentence is vacated. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK