UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:17CR-15-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | NOTICE OF APPEAL |
| | * | |
| DAVIN LAMONT SMITH | * | |

NOTICE IS HEREBY GIVEN that Davin Lamont Smith, Defendant herein, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the judgment and sentence imposed in this action on the 9th day of September, 2019.

Respectfully submitted this 18th day of September, 2019..

/s/ MARY JUDE DARROW
Attorney for Davin Lamont Smith
P.O. Box 41308
Raleigh, North Carolina 27629
Telephone: 919-696-3332
Fax: 919-845-0822
E-mail: maryjude@mjdarrowlaw.com
N.C. State Bar No. 34645
Appointed

CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice of Appeal was served upon:

Donald R. Pender
Assistant United States Attorney
150 Fayetteville Street
Raleigh, NC 27601

by electronically filing the foregoing with the Clerk of Court on September 18, 2019, by CM/ECF, which will provide electronic copies to the above named attorney.

This the 18th day of September, 2019.

/s/ MARY JUDE DARROW
Attorney for Davin Lamont Smith
P.O. Box 41308
Raleigh, North Carolina 27629
Telephone: 919-696-3332
Fax: 919-845-0822
E-mail: maryjude@mjdarrowlaw.com
N.C. State Bar No. 34645
Appointed