FILED:  September 19, 2019

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 19-4692

(7:17-cr-00015-H-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

DAVIN LAMONT SMITH

Defendant - Appellant

___

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of North Carolina at Wilmington |
| Originating Case Number | 7:17-cr-00015-H-1 |
| Date notice of appeal filed in originating court: | 09/18/2019 |
| Appellant(s) | Davin Lamont Smith |
| Appellate Case Number | 19-4692 |
| Case Manager | Jennifer Rice 804-916-2704 |