IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:17-CR-00015-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVIN LAMONT SMITH,

    Defendant.

ORDER

This matter comes before the court on Defendant's pro se Motion for Compassionate Release [DE 189]. In accordance with Standing Order 19-SO-3, the court directed the Federal Public Defender to appoint counsel to represent Defendant for the limited purpose of determining whether the defendant may qualify to seek a reduction of his sentence. DE 190. On November 20, 2023, Nardine Guirguis filed a Notice of Limited Appearance. DE 191. However, Ms. Guirguis has filed nothing in this case since that time.

Accordingly, on or before March 5, 2024, defense counsel shall file a memorandum in support of the pending motion or a notice advising whether the defendant may qualify to seek a reduction of sentence. If a memorandum is filed, the United States shall file a response to the motion within twenty-one (21) days after the memorandum is served.

SO ORDERED this 13th day of February, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE