IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:17-CR-00015-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                    ORDER

DAVIN LAMONT SMITH,

    Defendant.

This matter comes before the court on Defendant's pro se Motion to Reopen § 2255 Proceeding and Reset Time for Appeal [DE 192]. On or before March 5, 2024, the United States shall file a response to the motion and the Defendant may file a reply brief within fourteen (14) days after the response is served.

SO ORDERED this 13th day of February, 2024.

_Richard E Myers II_
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE